[Civil No. 741.]

THE COMMON COUNCIL OF THE CITY OF PHŒNIX, Appellant, v. THE TERRITORY OF ARIZONA, on Complaint of C. F. Ainsworth, Attorney-General of said Territory, Appellee.

APPEAL from a judgment of the District Court of the Third Judicial District in and for the County of Maricopa. Webster Street, Judge.

G. P. Bullard, for Appellant.

C. F. Ainsworth, Attorney-General, for Appellee.

November 8, 1900. Dismissed.